**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>DOT HILL SYSTEMS CORP.,<br>Defendant. | Case No. 12-cv-1625 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>HEWLETT-PACKARD COMPANY and 3PAR, INC.,<br>Defendants. | Case No. 12-1626 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>NETAPP, INC.,<br>Defendant. | Case No. 12-1628 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>DELL INC.,<br>Defendant. | Case No. 12-1624 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>VMWARE, INC.,<br>Defendant. | Case No. 13-928 (GMS) |

| | |
|---|---|
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>ORACLE AMERICA, INC.,<br>Defendant. | Case No. 13-1089 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>Defendant. | Case No. 13-1151 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>ATTO TECHNOLOGY, INC., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC. and HUAWEI ENTERPRISE USA INC.,<br>Defendants. | C.A. No. 13-1090 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>HITACHI DATA SYSTEMS CORPORATION,<br>Defendant. | Case No: 12-cv-1627 (GMS) |
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>CISCO SYSTEMS, INC.,<br>Defendant. | Case No. 13-926 (GMS) |

| | |
|---|---|
| SAFE STORAGE LLC,<br>Plaintiff,<br>v.<br>OVERLAND STORAGE, INC.,<br>Defendant. | Case No. 13-932 (GMS) |

**DEFENDANTS' NOTICE OF RECENT EVENTS SUPPORTING THEIR MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Relevant to their motions to stay this litigation pending *inter partes* review ("IPR"),[1] Defendants in the above-captioned actions hereby provide notice that, on December 11, 2014, the Patent Trial and Appeal Board ("PTAB") instituted IPR proceedings ***on all claims of the sole patent-in-suit*****—**U.S. Patent No. 6,978,346 ("the '346 patent")**—**based on petitions filed by Defendants VMware, Inc. ("VMware"), International Business Machines Corporation ("IBM") and Oracle America, Inc. ("Oracle"). IPR2014-00901, Paper 14 (Exhibit A) and IPR2014-00949, Paper 22 (Exhibit B). The PTAB has set a schedule for these proceedings through August 2015, with a decision expected by the end of 2015. Exhibits C and D.

As described in Defendants' stay motions, the PTAB previously instituted IPR of seven of the nine claims in the '346 patent, based on a petition filed by Defendants Dell Inc. ("Dell"), NetApp, Inc. ("NetApp"), and Hewlett-Packard Company ("HP"). IPR2013-00635, Paper 19

[1] Dell, HP, 3PAR, NetApp and VMware filed their motion to stay on June 16, 2014. (*See* C.A. No. 12-1624, D.I. 29; C.A. No. 12-1626, D.I. 34; C.A. No. 12-1628, D.I. 28; C.A. No. 13-928, D.I. 28.) Oracle and IBM filed their motion to stay on June 23, 2014. (*See* C.A. No. 13-1089, D.I. 30; C.A. No. 13-1151, D.I. 26.). Defendants ATTO Technology Inc., Hitachi Data Systems Corporation, Cisco Systems, Inc. and Overland Storage joined in the moving defendants' motions to stay in C.A. No. 13-1090, D.I. 26, C.A. No. 12-1627, D.I. 25, C.A. No. 13-926, D.I. 23, and C.A. No. 13-932, D.I. 19 respectively. Huawei filed its joinder on July 10, 2014 (See C.A. No. 13-1090, D.I. 25)

(Exhibit E). That IPR proceeding remains pending, with trial having been conducted on December 18, 2014, and a decision expected by March 2015.

In opposition to Defendants' stay motions, Plaintiff argued that a stay should be denied because the PTAB was likely to deny VMWare, IBM and Oracle's petitions, in particular, on the two claims not being reviewed in the HP/Dell/NetApp IPR:

- "Safe Storage is confident that the Patent Office will likely deny [the remaining IPR petitions]" (*see* C.A. No. 13-928, D.I. 31 at 1; C.A. No. 13-1089, D.I. 33 at 1);

- "[T]here is no reason to believe that the Patent Office will actually institute review based on [the remaining IPR petitions] or, more significantly, that any such review will include Claims 4 and 9 of the '346 Patent, which have already survived not one but two IPR challenges." (*see* C.A. No. 13-928 D.I. 31 at 6; C.A. No. 13-1089, D.I. 33 at 6.)

The PTAB's recent institution of IPR ***of all claims*** of the '346 patent based on VMWare, IBM and Oracle's petitions is directly relevant to these arguments, and supports Defendants' motions to stay pending IPR.

Dated: January 6, 2015

Respectfully submitted,

FISH & RICHARDSON P.C.

By: <u>*/s/ Jeremy D. Anderson*</u>
Douglas E. McCann (#3852)
Jeremy D. Anderson (#4515)
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
dmccann@fr.com; janderson@fr.com;
oakes@fr.com

Attorneys For Defendant VMware Inc.

OF COUNSEL:

Katherine S. Lutton (pro hac vice)
Shelley K. Mack (pro hac vice)
Leeron G. Kalay (pro hac vice)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
lutton@fr.com; mack@fr.com; kalay@fr.com

Michael R. Rueckheim (pro hac vice)
FISH & RICHARDSON P.C.
1221 McKinney St., Suite 2800
Houston, TX 77010
(713) 654-5300
rueckheim@fr.com

OF COUNSEL:

Michael J. Berchou
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203
Tel: (716) 847-8400

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com;
dmoore@potteranderson.com;
bpalapura@potteranderson.com

Attorneys for Defendant
ATTO Technology, Inc.

OF COUNSEL:

Michael L. Brody
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
mbrody@winston.com

Andrew R. Sommer
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
asommer@winston.com

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
kpadmanabhan@winston.com

Lowell D. Jacobson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
ljacobson@winston.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
jblumenfeld@mnat.com

Attorneys for Defendant Cisco Systems, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Stephen J. Kraftschik*
Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com;
skraftschik@mnat.com

Attorneys for Oracle America, Inc.

OF COUNSEL:

Thomas Dunham
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
TDunham@winston.com;
J. Michael Woods;
MWoods@winston.com

DRINKER BIDDLE & REATH LLP

By: */s/ Francis DiGiovanni*
Francis DiGiovanni (DE #3189)
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
francis.digiovanni@dbr.com

Attorneys for Defendant Dell Inc.

OF COUNSEL:

A. James Isbester
William E. Mosley
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

Renae Bailey Wainwright
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Telephone (404) 815-6500

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Attorneys for Defendant
Hitachi Data Systems Corporation

OF COUNSEL:

Gregory S. Arovas
Todd M. Friedman
Benjamin A. Lasky
Steven T. Skelley
KIRKLAND & ELLIS LLP
601 Lexington Avenue, Floor 43
New York, NY 10022
Telephone: (212) 446-4800

POTTER ANDERSON & CORROON LLP

By: /s/ Bindu A. Palapura
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteraderson.com

Attorneys for Defendant
International Business Machines Corporation

OF COUNSEL:

Orion Armon
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
(720) 566-4000
oarmon@cooley.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com

Attorneys for Defendant Dot Hill Systems Corp.

OF COUNSEL:

Tung T. Nguyen
John P. Wisse
SIDLEY AUSTIN LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201
Telephone: (214) 981-3300

Jeffrey M. Olson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Julia Heaney
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com

Attorneys for Defendants Huawei Technologies USA Inc. and Huawei Enterprise USA Inc.

OF COUNSEL:

Michael J. Lyons (pro hac vice)
W. Scott Tester (pro hac vice)
wtester@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
mylons@morganlewis.com;
wtester@morganlewis.com

Mark W. Taylor (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
mtaylor@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jody C. Barillare*
Jody C. Barillare (DE #5107)
1007 North Orange Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 574-3000
jbarillare@morganlewis.com

Attorneys for Defendant NetApp, Inc.

OF COUNSEL:

Michael J. Lyons (pro hac vice)
W. Scott Tester (pro hac vice)
wtester@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
mylons@morganlewis.com
wtester@morganlewis.com

Mark W. Taylor (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
mtaylor@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jody C. Barillare*
Jody C. Barillare (DE #5107)
1007 North Orange Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 574-3000
jbarillare@morganlewis.com

Attorneys for Defendant
Hewlett-Packard Company

OF COUNSEL:

Mark W. Taylor (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
mtaylor@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jody C. Barillare*
Jody C. Barillare (DE #5107)
1007 North Orange Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 574-3000
jbarillare@morganlewis.com

Attorneys for Defendant 3PAR, Inc.

OF COUNSEL:

Sean C. Cunningham (Pro Hac Vice)
Erin P. Gibson (Pro Hac Vice)
Jacob D. Anderson (Pro Hac Vice)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701
sean.cummingham@dlapiper.com;
erin.gibson@dlapiper.com
jacob.anderson@dlapiper.com

Brent K. Yamashita (Pro Hac Vice)
Summer Krause (Pro Hac Vice)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: 650.833.2000
Facsimile: 650.833.2001
brent.yamashita@dlapiper.com
summer.krause@dlapiper.com

DLA PIPER LLP (US)

By: /s/ Denise S. Kraft
Denise Kraft (DE I.D. No. 2778)
Brian A. Biggs (DE ID No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-3046
Telephone: 302.468.5700
Facsimile:302.394.2341
denise@kraft@dlapiper.com

Attorneys for Defendant
Overland Storage, Inc.